22-61-3

**Kasey Sanchez #202203620**
**Lackawanna County Prison**
**1371 N.Washington Avenue**
**Scranton, PA 18509-2840**

Date: May 2nd 2023

**Scranton Federal Court House**
**Attn: Honrable Judge Robert D. Mariani**
**235 North Washington Avenue**
**Scranton, PA 18503-2840**

FILED
SCRANTON

MAY 1 1 2023

PER _____
DEPUTY CLERK

Dear Honrable Judge Robert D. Mariani,

Thank you for taking the time to read my letter. My name is Kasey Senchez and I am currently awaiting my sentencing date to be held in your courtroom.

February 2022 I was indicated in Judge Sapiritos courtroom and placed on supervised bail and again in December 2022 when my bail was revoked for a failed urine screening and have been housed here at Lackawanna County Prison ever since. At first, I was aggravated and upset with the world until after a few months I began to realise it was myself and my own actions that placed me here. I have also grown an appreciation and understanding on how Judge Sapirito saved my life, and made it possible for my six years old son to have a mother.

I have also come to realise the term "functioning addict" is me to the T', which I have been ever since i was nineteen. In 2016 I found out I was pregnant with my son who was the first person to save my life; i was able to change all my ways to get on methadone maintnance which I stayed compliant with the program for five years. At which point it had allowed me to secure a federal job at the VA Hospital in Wilkes Barre and build a loving and caring home for my son. Unfotunately my kindness as well as lingering adddictive behaviors led me to this Indictment and Bail revoction where I lost all that I built. Luckily my son resides with my parents and his fathers on the weekends to keep him in the same routine. I can never get back the birthdays and holidays I have missed over the past five months but I know I can be present for all to come, given the chance to be released to a Drug and Alchohol rehab. My parents are done raising childern and should be done helping me as well. But I do know that I need you help to get the assistance I need with my addiction.

My Public defender is Gino Bartolai, who I last spoke to in January 2023, when I first requested a Drug and Alchohol assessment. I have sent him letters, had my mother call as well as the counselor Holly here at Lackawanna County Prison with no responce. My Mother has been in contact with Kaci Ruddy at Lackawanna County Drug and Alchohol and had been given a referral to him with no success. I am fully aware my time spent here incarcerated counts, but at the same time I know I need the fundementals provided at a Drug and Alchohol Treatment facility to maintain my sobriety.

I am excited to have a life wihtout drugs and maintnance to give my son the life

that he needs and also deserves without having to suffer anymore from his my poor choices. I can honestly say that a halfway/sober living house apon completeion of rehab is also needed for my recovery. If allowed to be released under the conditions, I am confident I can obey the terms and make sure my family and yourself are beyond proud of me.

Please take the time to kindly consider my request to be referred for a Drug and Alchohol Assessment.

Respectfully Submitted,

Kasey Sanchez

202203620

**Name:** Kasem Sanchez 202203b020
Lackawanna County Prison
1371 N Washington Avenue
Scranton, PA 18509-2840

Federal Court House
Judge Robert D. Mariani
235 North Washington Ave
Scranton, PA 18503

18503-153255

USMS X-RAY

LEHIGH VALLEY PA 180

3 MAY 2023 PM 3 L

★ USA ★ FOREVER ★

CONTENTS MAILED FROM
CORRECTIONAL FACILITY