IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | No.: 3:22-CR-61 |
| | : | |
| TYLA GRIFFIN | : | JUDGE MALACHY E. MANNION |

MOTION FOR CONTINUANCE OF SENTENCING HEARING

NOW comes the Defendant, TYLA GRIFFIN, by and through her Attorney, CHARLES WITACONIS, and files the following Motion for Continuance of Sentencing Hearing:

1. Defendant, Tyla Griffin, has entered a guilty plea to a drug offense.

2. This Honorable Court has scheduled a Sentencing Hearing in The Defendant's case for May 15, 2024.

3. Defense Counsel is seeking a continuance of the aforementioned Hearing due to the fact that Defense Counsel needs additional time to acquire information in support of his request for a Sentence below the advisory guidelines.

4. Government Counsel has been contacted and she concurs with the within request.

5. Defense Counsel is requesting a minimal 60 days for continuance of the aforesaid Sentencing Hearing.

WHEREFORE, the Defendant, TYLA GRIFFIN, requests that the Court grant a continuance for her Sentencing Hearing for the reasons cited in the within Motion.

Respectfully Submitted,

/s/Charles Witaconis
CHARLES WITACONIS, Attorney for
Defendant, Tyla Griffin
410 Jefferson Avenue
Scranton, PA 18510
(570) 466-9225
witlaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | No.: 3:22-CR-61 |
| | : | |
| TYLA GRIFFIN | : | JUDGE MALACHY E. MANNION |

CERTIFICATE OF CONCURRENCE

Defense Counsel has informed Government Counsel listed below as to his intent to file the within Motion for Continuance of Sentencing Hearing and the said Attorney has indicated her concurrence with the within Motion for reasons noted in said motion:

Michelle Olshefski, Assistant United States Attorney
United States Attorney's Office
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503

/s/Charles Witaconis
CHARLES WITACONIS, Attorney for Defendant, Tyla Griffin
410 Jefferson Avenue
Scranton, PA 18510
(570) 466-9225
witlaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | No.: 3:22-CR-61 |
| | : | |
| TYLA GRIFFIN | : | JUDGE MALACHY E. MANNION |

CERTIFICATE OF SERVICE

THE undersigned Attorney hereby certifies that a true and correct copy of the within Motion for Continuance of Sentencing Hearing has been served upon the following person on this the 10th day of May, 2024 via the electronic ecf system:

Michelle Olshefski, Assistant United States Attorney
United States Attorney's Office
William J. Nealon Federal Building
235 North Washington Avenue
Scranton, PA 18503

/s/Charles Witaconis
CHARLES WITACONIS, Attorney for Defendant, Tyla Griffin
410 Jefferson Avenue
Scranton, PA 18510
(570) 466-9225
witlaw@comcast.net

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | No.: 3:22-CR-61 |
| | : | |
| TYLA GRIFFIN | : | JUDGE MALACHY E. MANNION |

## ORDER

NOW this ___ day of _____, 20224, upon consideration of Defendant TYLA GRIFFIN'S Motion for Continuance of Sentencing Hearing. It is hereby ordered that a hearing on said Motion is hereby set for the ___ day of _____, 2024 at _____ o'clock in Court Room ___ of the Federal Courthouse of Scranton, Pennsylvania,

By the Court,

_____ J,
MALACHY E. MANNION